Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sewing-machine cabinets the same in all material respects as those the subject of *Necchi Sewing Machine Sales Corp.* and *Barian Shipping Co., Inc.* v. *United States* (30 Cust. Ct. 1, C. D. 1489), the claim of the plaintiff was sustained.

No. 57494.—Necchi Sewing Machine Sales Corp. v. United States, protest 186800–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sewing-machine cabinets the same in all material respects as those the subject of *Necchi Sewing Machine Sales Corp.* and *Barian Shipping Co., Inc.* v. *United States* (30 Cust. Ct. 1, C. D. 1489), the claim of the plaintiff was sustained.

No. 57495.—D. N. & E. Walter & Co. v. United States, protest 151976–K (Los Angeles).

Opinion by MOLLISON, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

No. 57496.—M. A. Katz & Co. et al. v. United States, protests 182712–K, etc. (San Francisco).

Opinion by MOLLISON, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

No. 57497.—Hurricane Import Company and Frank P. Dow Co., Inc. v. United States, protest 185926–K (Seattle).